UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 12-201 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| DYLON MARLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged: Attempted Possession of Cocaine with Intent to Distribute

Date of Detention Hearing: April 25, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. In addition to the pending charges in this matter, defendant has supervised

DETENTION ORDER
PAGE -1

release revocation proceeding pending in Case Number CR07-184 MJP. In that case, his probation officer alleges that defendant violated the conditions of supervision by committing the instant alleged offense, failing to participate in mental health treatment, failing to report and submit to drug testing, and failing to submit his monthly report to his probation officer.

2. Defendant has been detained in the supervised release revocation matter. Therefore, the question of detention is essentially moot at this time. Defendant does not contest entry of an order of detention, indicating that a resolution of both matters may make it appropriate to revisit the issue of detention at a later time.

3. Defendant was not interviewed by Pretrial Services in relation to this matter. Much of his background information is not verified or not known at this time.

4. Defendant poses a risk of nonappearance due to lack of verification of information, pending supervised release violations, and a history of failing to comply with supervised release. He poses a risk of danger due to the fact the alleged instant charges occurred while on supervised release, criminal history, and a history of failing to comply with court supervision.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 25th day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge